```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LINDA D. COURTNEY,              *
                                *
    Plaintiff,                  *
                                *
vs.                             *  CIVIL ACTION NO. 20-00310-B
                                *
KILOLO KIJAKAZI,                *
Acting Commissioner of          *
Social Security,                *
                                *
    Defendant.                  *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

    **DONE** this **31st** day of **March, 2022.**

                                         /s/ SONJA F. BIVINS
                                  **UNITED STATES MAGISTRATE JUDGE**